IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **CHUB CAY, LLC; YOUNG CAY, LLC;** | § | |
| **SWRI #3, LLC; MONEY CAY, LLC;** | § | |
| **MIDDLE CAY, LLC; and** | § | |
| **SWIFTWATER CAR WASH, LLC,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. SA-22-CV-317-FB** |
| | § | |
| **BANK OZK,** | § | |
| | § | |
| **Defendant**. | § | |

## J U D G M E N T

On this date came on to be considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Bank OZK's Rule 56 Motion for Summary Judgment filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Bank OZK's Rule 56 Motion for Summary Judgment (docket #64) is GRANTED such that:

1.  Bank OZK is granted Judgment against Money Cay, LLC and Mark Granados in the amount of $943,700.36 of principal and accrued but unpaid interest, plus per diem interest in the amount of $116.47 from August 16, 2024, until paid in full, plus attorneys' fees and costs in the amount of $3,743.22.

2.  Bank OZK is granted Judgment against Young Cay, LLC and Mark Granados in the amount of $1,158,027.85 of principal and accrued but unpaid interest, plus per diem interest in the amount of $143.27 from August 16, 2024, until paid in full, plus attorneys' fees and costs in the amount of $4,907.46.

3.      Bank OZK is granted Judgment against SWRI#3, LLC and Mark Granados in the amount of $1,025,742.63 of principal and accrued but unpaid interest, plus per diem interest in the amount of $127.75 from August 16, 2024, until paid in full, plus attorneys' fees and costs in the amount of $8,755.67.

4.      Bank OZK is granted Judgment against Middle Cay, LLC and Mark Granados for attorneys' fees and costs in the amount of $5,833.25.

5.      Bank OZK shall recover attorneys' fees and costs incurred against Mark Granados and the Plaintiffs in this litigation in the amount of $139,938.97.

6.      Bank OZK is entitled to and shall recover post-judgment interest and such interest shall accrue at the rate of 4.05% per annum from the date of Judgment until the Judgment is paid in full.

7.      All costs of Court be and hereby are taxed against Mark D. Granados and Young Cay, LLC, SWRI #3, LLC, Money Cay, LLC, Middle Cay, LLC, and Swiftwater Car Wash, LLC.

8.      Bank OZK is hereby granted such writs and processes as may be necessary in the enforcement and collection of this Judgment as provided by law.

9.      All relief not expressly granted herein is denied.

10.     Motions pending are DISMISSED; and this case is now CLOSED.

It is so ORDERED.

SIGNED this 12th day of March, 2025.

FRED BIERY
UNITED STATES DISTRICT JUDGE